**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-6482**

_____

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

ERSCELL JULIUS WORLDS,

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Arenda L. Wright Allen, District Judge. (2:14-cr-00141-AWA-LRL-1)

_____

Submitted: July 28, 2016              Decided: August 2, 2016

_____

Before MOTZ and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Erscell Julius Worlds, Appellant Pro Se. Darryl James Mitchell, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Erscell Julius Worlds appeals the district court's order denying his 18 U.S.C. § 3582(c) motion for a sentence reduction.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Worlds, No. 2:14-cr-00141-AWA-LRL-1 (E.D. Va. Mar. 1, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] Worlds' notice of appeal was not timely filed. We decline to dismiss the appeal, however, because the Government has not moved to dismiss the appeal, and the appeal period in criminal cases is not jurisdictional. United States v. Urutyan, 564 F.3d 679, 684-86 (4th Cir. 2009).